Acknowledged:
Date: 2/8/2017

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| DENNIS TOOLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   1:16-cv-01749-SEB-MPB |
| | ) |
| SANDOR DEVELOPMENT COMPANY, LLC, | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this lawsuit in its entirety and with prejudice, with each party to bear his or its own costs and attorneys' fees.  The parties respectively request that the Court retain jurisdiction of this action for the sole purpose of enforcing the parties' settlement agreement.

Respectfully submitted,

*s/ Eric C. Bohnet [signed with permission]*
Eric C. Bohnet
6617 Southern Cross Drive
Indianapolis, IN 46237
Tel:  317.750.8503
ebohnet@gmail.com

Louis Mussman, Esq.
Ku & Mussman, P.A.
6001 NW 153rd Street, Suite 100
Miami Lakes, FL 33014
Tel: (305) 891-1322
louis@kumussman.com

Attorneys for Plaintiff,
Dennis Tooley

*s/ Michelle R. Maslowski*
Thomas E. Deer
Michelle R. Maslowski
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Tel:  317.916.1300
thomas.deer@ogletreedeakins.com
michelle.maslowski@ogletreedeakins.com

Attorneys for Defendant, Sandor Development Company, LLC

28465309.1